# United States District Court

Southern **DISTRICT OF** California

08 APR -3

08 MJ 0996

CLERK, U.S. DIST...
SOUTHERN... OF CA...
BY: [signature]
DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to | In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched) |
|---|---|
| Express Mail parcel EB 988058237 US from NO Name, 3406 Franklin Avenue, Richmond, VA 23226 to Jake Little, 4804 Patterson Avenue, Richmond, VA 23276 | |

TO:   Kimberly A. Kelly, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Kimberly A. Kelly who has reason to believe that on the person of or on the premises known as Express Mail parcel EB 988058237 US from NO Name, 3406 Franklin Avenue, Richmond, VA 23226 to Jake Little, 4804 Patterson Avenue, Richmond, VA 23276 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   4/11/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   ANTHONY J. BATTAGLIA
U. S. Judge or Magistrate

as required by law.

APR 0 1 2008  1:40 p.m.   at   San Diego, CA
Date and Time Issued           City and State

ANTHONY J. BATTAGLIA
U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4.1.08 | 4.1.08 1447 | US Postal Service |

**INVENTORY MADE IN THE PRESENCE OF**
PI Kelly Cain, USPIS, San Diego, Ca

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 pound of marijuana

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge

4/3/08
Date